UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22657

COURTNEY MCLEOD,

    Plaintiff,

vs.

CHEF CREOLE INC. AND
WILKINSON SEJOUR,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF FILING PLURIES SUMMONS**

Plaintiff, Courtney Mcleod, notices the Court of her filing a Pluries Summons directed to Defendant, Chef Creole Inc..

Dated this 25th day of May 2023.

                                                  Respectfully submitted,

                                                  Toussaint M. Cummings, Esq.
                                                  Toussaint M. Cummings, Esq.
                                                  Fla. Bar No. 119877
                                                  Toussaint@fairlawattorney.com
                                                  FAIRLAW FIRM
                                                  135 San Lorenzo Ave
                                                  Suite 770
                                                  Miami, FL 33146
                                                  Tel:    305.230.4884
                                                  *Counsel for Plaintiff*