UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

COURTNEY MCLEOD

    PLAINTIFF(S)

v.

CHEF CREOLE INC., et al.,

    DEFENDANT(S).

CASE NUMBER
1:22−cv−22657−KMM

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Chef Creole Inc.**

as of course, on the date July 4, 2023.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Mary−Yves Etienne*
Deputy Clerk

cc: Judge K. Michael Moore
    COURTNEY MCLEOD