UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-22657

COURTNEY MCLEOD,
Plaintiff,

vs.

CHEF CREOLE INC.,
AND WILKINSON SEJOUR,

Defendants.
_____/

### NOTICE OF CHANGE OF ADDRESS OF FORMER COUNSEL

Pursuant to SDFL LR 11.1(g), Toussaint Cummings, who formerly represented the Plaintiff in this case, notifies this Honorable Court of his change of address and phone number as follows:

Mailing address: Equal Employment Opportunity Commission, 100 SE 2nd St., Suite 1500, Miami, FL 33131

Email: toussaint.cummings@eeoc.gov

Phone Number: (786) 648-5795

Dated September 25, 2023.

Respectfully Submitted,

*s/ Toussaint Cummings*
Toussaint Cummings
Trial Attorney
Florida Bar No: 119877
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Miami District Office
100 S.E. 2nd Street, Ste 1500
Miami, FL 33131
T: (786) 648-5795
toussaint.cummings@eeoc.gov