UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22657

COURTNEY MCLEOD,

    Plaintiff,

vs.

CHEF CREOLE INC.,

    Defendant.
_____/

### **PLAINTIFF'S NOTICE OF FILING PROPOSED DEFAULT FINAL JUDGMENT**

Plaintiff, Courtney Mcleod, notices the Court of filing the attached proposed Default Final Judgment.

Dated this 6th day of November, 2023.

                                        Respectfully submitted,

                                      s/Brian H. Pollock, Esq.
                                      Brian H. Pollock, Esq.
                                      Fla. Bar No. 174742
                                      brian@fairlawattorney.com
                                      FAIRLAW FIRM
                                      135 San Lorenzo Avenue
                                      Suite 770
                                      Coral Gables, FL 33146
                                      Tel:    305.230.4884
                                      Fax:    305.230.4844
                                      *Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-22657-MOORE/LOUIS

COURTNEY MCLEOD,

    Plaintiff,

vs.

CHEF CREOLE INC.,

    Defendant.
_____/

## FINAL DEFAULT JUDGMENT AS TO CHEF CREOLE, INC.

**THIS CAUSE** is before the Court on Plaintiff's Second Amended Motion for Entry of Final Judgment Against Chef Creole, Inc. together with exhibits demonstrating the indebtedness (the "Motion") [DE 28], filed herein on July 21, 2023.[1]

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The Motion [DE 28] is GRANTED;

2. Default Judgment is hereby entered in favor of Courtney McLeod and against Defendant, Chef Creole Inc., in the amount of $9,933.25, calculated as follows:

   a. Back wages in the amount of $890.00 for unpaid/underpaid minimum wages;

   b. Unpaid overtime wages in the amount of $3,939.00;

   c. Unpaid wages for Google Reviews in the amount of $520.00; and

   d. Liquidated damages in the amount of $4,584.25.

3. Plaintiff is entitled to judgment against Defendant, Chef Creole, Inc.

---

[1] A Clerk's Default was entered against Chef Creole, Inc. on July 4, 2023. [DE 26]

4. Plaintiff is entitled to recover his reasonable attorneys' fees and costs from Defendant, Chef Creole, Inc., in an amount to be determined by the Court; and

5. The Court retains jurisdiction over this cause to enter such further Orders as are necessary and appropriate for the conclusion of this action.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this \_\_\_\_\_ day of November, 2023.

_____
MICHAEL K. MOORE
United States District Judge