UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-22657-MOORE/LOUIS

COURTNEY MCLEOD,

    Plaintiff,

vs.

CHEF CREOLE INC. AND
WILKINSON SEJOUR,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF NINETY DAYS EXPIRING**

Plaintiff, Courtney Mcleod, notifies the Court that ninety (90) days have elapsed since the referral of Plaintiff's Second Amended Motion for Entry of Final Judgment July 24, 2023 [ECF Nos. 28], without a hearing or ruling thereon.

Dated this 27th day of November 2023.

                                            Brian H. Pollock, Esq.
                                            Brian H. Pollock, Esq. (174742)
                                            brian@fairlawattorney.com
                                            FAIRLAW FIRM
                                            135 San Lorenzo Avenue
                                            Suite 770
                                            Coral Gables, FL 33146
                                            Tel:    305.230.4884
                                            *Counsel for Plaintiff*