UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22657-MOORE/LOUIS

COURTNEY MCLEOD,

    Plaintiff,

vs.

CHEF CREOLE INC.,

    Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL**
**FLORIDA FORM 1.977 FACT INFORMATION SHEETS FROM DEFENDANT**

THIS MATTER came before the Court on Plaintiff's Motion to Compel Form 1.977 Fact Information Sheet from Defendant, Chef Creole, Inc., and the Court, after having reviewed the Motion, the pleadings, and being otherwise duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that same is GRANTED:

1. Defendant, Chef Creole, Inc., shall complete and return the Form 1.977 Fact Information Sheet to Business Entity (Attached as Exhibit 1 to Plaintiff's Motion at [ECF No. ___-1]), with all required attachments, to Plaintiff's counsel within 30 days hereof; and

Done and Ordered in Chambers at Miami, Florida, this ___ day of December 2023.

                                                  _____
                                                  K. MICHAEL MOORE
                                                  UNITED STATES DISTRICT JUDGE

Copies Furnished:
*Counsel of Record by CM/ECF*
*Pro Se Defendant(s)*