# FairLaw Firm

**FairLaw Firm**
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Phone: +13052304884
Email: intake@fairlawattorney.com
Website: https://fairlawattorney.com/

**To:**
Courtney Mcleod

## INVOICE

**Open (Not Sent)**

| | |
|---|---|
| **Invoice #** | 560 |
| **Invoice Date:** | 12/19/2023 |
| **Due Date:** | |

**Amount due**
10,872.00

## Services

| Date | Staff Member | Category | Description | Duration | Total |
|---|---|---|---|---|---|
| 8/22/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analyze corporate documents on Sunbiz and compare with Chef Creole's websites and client's timesheets to make sure the correct entity is being sued. | 0.30 | 105.00 |
| 8/22/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Draft summonses for both Defendants. | 0.40 | 140.00 |
| 8/22/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Draft complaint against correct corporate entity, Chef Creole Inc. | 0.50 | 175.00 |
| 8/22/2022 | Bridget Obando | Draft/revise | Draft Civil Cover Sheet, finalize complaint, and summons. File case then audit and update case file. | 0.40 | 60.00 |
| 8/22/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analyze Clerk's notice of Judge Assignment. | 0.10 | 35.00 |
| 8/23/2022 | Brian H. Pollock Esq. | Draft/revise | Drafted letter to client in regards to preserving evidence | 0.30 | 150.00 |
| 8/23/2022 | Brian H. Pollock Esq. | Draft/revise | Drafted letter to client in regards to case being refiled in Federal Court | 0.30 | 150.00 |
| 8/25/2022 | Bridget Obando | Receipt, Review, and Analysis | Receive and send issued summons to process server for service and update file. | 0.20 | 30.00 |
| 8/26/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analzye ECFs 2,3,4 and 5. | 0.60 | 210.00 |
| 9/14/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Draft statement of claim. | 0.90 | 315.00 |
| 9/15/2022 | Toussaint M. Cummings, Esq. | Draft/revise | Drafted letter to client re statement of claim | 0.40 | 140.00 |
| 9/19/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Phone call with client. | 0.20 | 70.00 |
| 9/21/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Phone call with Nathaly Saavedra. | 0.30 | 105.00 |
| 9/21/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Email to process server providing address. | 0.10 | 35.00 |
| 9/21/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Email to client. | 0.10 | 35.00 |
| 9/22/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Read and repsond to emails from process server re service on Sejour. | 0.20 | 70.00 |
| 9/22/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Read and respond to email from Nathaly re litigation strategy. | 0.20 | 70.00 |
| 10/13/2022 | Bridget Obando | Receipt, Review, and Analysis | Receipt, review, and update case file on return of service. | 0.20 | 30.00 |
| 10/13/2022 | Bridget Obando | Draft/revise | Draft and file notice of filing return of service on defendant Chef Creole. | 0.20 | 30.00 |
| | Toussaint M. | Employment | | | |

| Date | Attorney | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/28/2022 | Toussaint M. Cummings, Esq. | Employment Litigation Plaintiff | Draft Response to Order to Show Cause at ECF No. 8. | 0.70 | 245.00 |
| 10/28/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Draft Clerk's Default and Motion for Entry of Clerk's Default. | 0.40 | 140.00 |
| 10/28/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analyze Order to Show Cause at ECF 8. | 0.10 | 35.00 |
| 10/28/2022 | Toussaint M. Cummings, Esq. | Employment Litigation Plaintiff | Analyze Entry of Clerk's Default at ECF 11. | 0.10 | 35.00 |
| 10/28/2022 | Bridget Obando | Email Communication | Email exchange regarding order to show cause. | 0.20 | 30.00 |
| 10/28/2022 | Bridget Obando | Phone Call | Phone call to chambers regarding order to show cause. | 0.10 | 15.00 |
| 10/29/2022 | Toussaint M. Cummings, Esq. | Draft/revise | drafted letter to defendant with enclosed default | 0.10 | 35.00 |
| 10/31/2022 | Shakira Brizuela | FLSA - Plaintiff | Drafted Motion for Default Final Judgment, Proposed Order for Final Judgment, Proposed Final Judgment, and Client's Declaration of Indebtedness. | 2.40 | 360.00 |
| 11/4/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Phone call from J. Moore's chambers re: clerk's default. | 0.10 | 35.00 |
| 11/7/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analyze paperless notice to file motion for final judgment. | 0.10 | 35.00 |
| 11/8/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Review and revise Motion for Entry of Final Judgment and Declaration for Indebtedness. | 0.80 | 280.00 |
| 11/9/2022 | Shakira Brizuela | FLSA - Plaintiff | Complied Google reviews as Exhibit D for Motion for Final Judgment. | 0.20 | 30.00 |
| 11/11/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Phone call to client. | 0.10 | 35.00 |
| 11/15/2022 | Bridget Obando | Receipt, Review, and Analysis | Receipt and review return of non-service. | 0.20 | 30.00 |
| 12/19/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analyze Order at ECR 14 denying motion for final default judgment. | 0.20 | 70.00 |
| 12/21/2022 | Shakira Brizuela | FLSA - Plaintiff | Researched case law on when employer's willfully violate the flsa. | 0.70 | 105.00 |
| 12/21/2022 | Shakira Brizuela | FLSA - Plaintiff | Met with attorneys to discuss amending motion for final default judgment | 0.50 | 75.00 |
| 12/22/2022 | Shakira Brizuela | FLSA - Plaintiff | Drafted MET to filed amended Mtn for Default Final Judgment | 0.70 | 105.00 |
| 12/22/2022 | Shakira Brizuela | FLSA - Plaintiff | Filed MET to Amend Mtn for Final Default Judgment | 0.10 | 15.00 |
| 12/22/2022 | Shakira Brizuela | Receipt, Review, and Analysis | Reviewed images of conversations sent by client and saved to client file. | 0.40 | 60.00 |
| 12/22/2022 | Shakira Brizuela | FLSA - Plaintiff | researched gap time wage cases in Florida | 0.60 | 90.00 |
| 12/23/2022 | Toussaint M. Cummings, | FLSA - Plaintiff | Analyze paperless order at ECF 16 denying motion for extension of time | 0.10 | 35.00 |

| Date | Attorney | Matter | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/23/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analyze and revise amended motion for extension of time. | 0.20 | 70.00 |
| 12/28/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Draft Amended Motion for Default Judgment Parts A-C. | 1.30 | 455.00 |
| 12/28/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analyze case law in Order denying motion for default judgment. | 0.60 | 210.00 |
| 12/28/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Draft Amended Declaration of Indebtedness. | 0.60 | 210.00 |
| 12/28/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Discussion with Shakira re: revision of motion for default and declaration. | 0.30 | 105.00 |
| 12/28/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analyze Chef Creole website for factual information to include in motion for default. | 0.20 | 70.00 |
| 12/29/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Draft Amended Motion for Default Judgment Parts D-E. | 1.50 | 525.00 |
| 12/29/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Revise Amended Declaration of Indebtedness based on conversation with client. | 0.20 | 70.00 |
| 12/29/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Phone conversation with client. | 0.10 | 35.00 |
| 12/29/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Draft Amended Proposed Order for Final Judgment. | 0.30 | 105.00 |
| 12/29/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Draft Amended Proposed Final Judgment. | 0.10 | 35.00 |
| 12/29/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Revise calculations for Plaintiff's statement of claim to include in Amended Motion for Final Defualt Judgment. | 0.20 | 70.00 |
| 12/29/2022 | Toussaint M. Cummings, Esq. | FLSA - Plaintiff | Analyze case law to cite in memorandum of law in amended motion for final judgment. | 0.60 | 210.00 |
| 1/27/2023 | Adrian Castillo | Phone Call | Phone call to Mr. Mcleod in order to provide him with an update. Reviewed docket, case is currently pending order on Motion to Default. Mr. Mcleod understood and will follow up within 45 days if we don't reach out to him before hand. | 0.30 | 52.50 |
| 3/27/2023 | Bridget Obando | Phone Call | Phone call with client. | 0.20 | 30.00 |
| 4/3/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Drafted notice of 90 days Re: Motion for final judgment | 0.20 | 75.00 |
| 4/13/2023 | Toussaint M. Cummings, Esq. | Phone Call | Phone call with client. | 0.10 | 37.50 |
| 4/13/2023 | Toussaint M. Cummings, Esq. | Email with Client | Follow up email to client. | 0.10 | 37.50 |

| Date | Name | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/23/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze paperless order at ECF 21 denying motion for default judgment. | 0.20 | 75.00 |
| 5/23/2023 | Toussaint M. Cummings, Esq. | Email Communication | Email process server re: serving defendant correctly. | 0.10 | 37.50 |
| 5/24/2023 | Toussaint M. Cummings, Esq. | Email Communication | Read and respond to emails from process server. | 0.40 | 150.00 |
| 5/26/2023 | Bridget Obando | Receipt, Review, and Analysis | Receipt issued summons and email to process server. | 0.20 | 30.00 |
| 6/30/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Draft Motion for Entry of Clerk Default. | 0.20 | 75.00 |
| 6/30/2023 | Toussaint M. Cummings, Esq. | Phone Call | Phone call to client . | 0.10 | 37.50 |
| 7/4/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze Clerk's Default at ECF No 26. | 0.10 | 37.50 |
| 7/6/2023 | Toussaint M. Cummings, Esq. | Receipt, Review, and Analysis | Analyze paperless order at ECF 27. | 0.10 | 37.50 |
| 7/20/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Revise motion for default judgment by including additional exhibits, case law, and facts to support argument. | 2.10 | 787.50 |
| 7/20/2023 | Toussaint M. Cummings, Esq. | Draft/revise | Draft letter to defendant advising of clerk's default. | 0.40 | 150.00 |
| 8/25/2023 | Toussaint M. Cummings, Esq. | Draft/revise | draft N/Dissociation of Counsel | 0.20 | 75.00 |
| 8/29/2023 | Luna Alvey Esq. | FLSA - Plaintiff | Review case regarding status and next steps to take. | 0.30 | 120.00 |
| 9/1/2023 | Luna Alvey Esq. | Document/File Management | Review file/docket for entry of final judgment. | 0.10 | 40.00 |
| 9/27/2023 | Steffany Sanguino | Paralegal | File review. | 0.10 | 16.50 |
| 10/18/2023 | Luna Alvey Esq. | FLSA - Plaintiff | Telephone call with client regarding status/default. | 0.10 | 40.00 |
| 10/18/2023 | Luna Alvey Esq. | FLSA - Plaintiff | Review case and docket for status. | 0.10 | 40.00 |
| 11/6/2023 | Luna Alvey Esq. | FLSA - Plaintiff | Draft final judgment. | 1.00 | 400.00 |
| 11/6/2023 | Luna Alvey Esq. | FLSA - Plaintiff | Draft notice of filing proposed final judgment. | 0.20 | 80.00 |
| 12/7/2023 | Steffany Sanguino | Paralegal | I got a call from the clerk, Stephanie, about our Motion for Default. | 0.20 | 33.00 |
| 12/12/2023 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Order on Second Motion for DFJ (Granted in part - the good part) | 0.70 | 350.00 |
| 12/15/2023 | Brian H. Pollock Esq. | Draft/revise | Draft email to Mr. McLeod enclosing the Order Granting our Motion and what it means | 0.20 | 100.00 |
| 12/19/2023 | Brian H. | Draft/revise | Draft M/Fees and review time records for same before filing it | 1.30 | 650.00 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 12/19/2023 | Brian H. Pollock Esq. | | Draft/revise | | Draft MTC Fact Info Sheet from Defendant, Chef Creole, Inc., the proposed Fact Information Sheet, and the proposed Order Granting Same | 0.80 | 400.00 |

**Services Subtotal: 10,014.50**

## Expenses

| Date | Vendor | Category | Description | Total |
|---|---|---|---|---|
| 8/22/2022 | FairLaw Firm | Federal Litigation - Plaintiff | Complaint filed in Federal Court. | 402.00 |
| 10/13/2022 | FairLaw Firm | Affidavit of Service | Affidavit on Return of Service for Chef Creole Miami PSPI #2022001349 | 227.20 |
| 10/29/2022 | FairLaw Firm | Postage | sent out clerk default | 0.57 |
| 10/29/2022 | FairLaw Firm | Postage | sent out mtn for default | 0.57 |
| 11/15/2022 | FairLaw Firm | Affidavit of Service | Return of Non-service. | 137.20 |
| 12/29/2022 | FairLaw Firm | Postage | sent out amended mtn for final judgment to dfts | 2.16 |
| 4/3/2023 | FairLaw Firm | Postage | sent out 90 day notice to dfts | 0.60 |
| 5/31/2023 | FairLaw Firm | Affidavit of Service | Affidavit on Return of Service for Chef Creole Miami PSPI -2023000957 | 87.20 |

**Expenses Subtotal: 857.50**

**Total: 10,872.00**