

# INVOICE

Invoice #NAY-2022001349
10/10/2022

**Send Payments To:**
**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**Phone: (305) 285-4321**
**Fax: (877) 626-7582**

FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Your Contact: Brian H. Pollock
**Case Number: Southern 1:22-CV-22657-KMM**

Plaintiff:
**COURTNEY MCLEOD**

Defendant:
**CHEF CREOLE INC. AND WILKINSON SEJOUR**

Received: 8/25/2022   Served: 10/5/2022 3:35 pm   CORPORATE
To be served on: CHEF CREOLE INC. c/o Wilkinson Sejour, its Registered Agent

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Miami-Dade County ROUTINE Service (Summons). | 4.00 | 45.00 | 180.00 |
| Broward County ROUTINE Service (Summons). | 1.00 | 45.00 | 45.00 |
| Print Fee. | 11.00 | 0.20 | 2.20 |
| TOTAL CHARGED: | | | $227.20 |
| **BALANCE DUE:** | | | **$227.20** |

PAYMENT DUE UPON RECEIPT.
$5.00 late fee will be charged every month for invoices over 30 days old.
Please enclose a copy of this invoice or invoice number with your payment.
Thank you for your business.
Tax I.D. #36-4594295

Page 1 / 1