UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22657-MOORE

COURTNEY MCLEOD,

    Plaintiff,

vs.

CHEF CREOLE INC.,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF NO OBJECTION

Plaintiff, Courtney Mcleod, notifies the Court that no party timely objected to the Report and Recommendations dated April 1, 2024 [ECF No. 41], and requests that an Order and Final Judgment be entered thereon.

Respectfully submitted this 19th day of April 2024,

    <u>Brian H. Pollock, Esq.</u>
    Brian H. Pollock, Esq. (174742)
    brian@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel:    305.230.4884
    *Counsel for Plaintiff*