UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22657-MOORE/LOUIS

COURTNEY MCLEOD,

    Plaintiff,

vs.

CHEF CREOLE INC. AND
WILKINSON SEJOUR,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF NINETY DAYS EXPIRING**

Plaintiff, Courtney Mcleod, notifies the Court that ninety (90) days have elapsed since the referral of Plaintiff's Motion for Attorney's Fees and Costs [ECF No. 37] to Magistrate Judge Louis on December 21, 2023 [ECF Nos. 39], without a hearing or ruling thereon.

Dated this 3rd day of June 2024.

                                          Brian H. Pollock, Esq.
                                        Brian H. Pollock, Esq. (174742)
                                        brian@fairlawattorney.com
                                        FAIRLAW FIRM
                                        135 San Lorenzo Avenue
                                        Suite 770
                                        Coral Gables, FL 33146
                                        Tel:    305.230.4884
                                        *Counsel for Plaintiff*