UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-22657-KMM

COURTNEY MCLEOD,

    Plaintiff,

v.

CHEF CREOLE INC.
and WILKINSON SEJOUR,

    Defendants.
_____/

**FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, it is hereby ORDERED AND ADJUDGED that:

1. The Second Amended Motion for Entry of Final Judgment (ECF No. 28) is GRANTED as to Counts One, Two, and Three, and DENIED as to Count Four.

2. Final judgment is hereby entered in favor of Plaintiff Courtney McLeod ("Plaintiff"). The Court finds that, at the time Plaintiff commenced this lawsuit, Defendants were in violation of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*

3. It is FURTHER ORDERED that Plaintiff shall recover from Defendants the sum of $5,349.00 for unpaid minimum wages, overtime wages, and wages for Google reviews; and $4,584.25 in liquidated damages.

4. Plaintiff is entitled to attorneys' fees in the total amount of $9,530.00 from Defendants.

5. Final judgment is entered against Defendants and in favor of Plaintiff totaling $19,463.25; interest shall accrue on this judgment pursuant to 28 U.S.C. § 1961 and shall be enforceable as prescribed by 28 U.S.C. §§ 2001-2007, 28 U.S.C. §§ 3001-

3307, and Federal Rule of Civil Procedure 69(a).  For which sum let execution issue forthwith.

DONE AND ORDERED in Chambers at Miami, Florida, this  7th   day of August, 2024.

*K. M. Moore*
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c: All counsel of record